■ JOHN R. FEDORA, JR., Respondent, v KATHLEEN FEDORA, Appellant.— In a divorce action, defendant appeals from an order of the Supreme Court, Suffolk County, dated March 2, 1977, which denied her motion to dismiss the amended complaint. Order affirmed, without costs or disbursements. The amended complaint gives specific times and places for several of the alleged acts of cruel and inhuman treatment. Thus, the minimum requirements of the statute have been met. Hopkins, J. P., Shapiro, Hawkins and O'Connor, JJ., concur.